| |
|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** |
| **DIVISION OF ST. CROIX** |

**ILP+ McCHAIN MILLER NISSMAN,**

                     **Plaintiff,**　　　　1:13-cv-00053

  v.

**INDEPENDENCE BANK,**

                     **Defendant.**

_____

**TO:**    Scot F. McChain, Esq.
         Christopher Allen Kroblin, Esq.

## ORDER

THIS MATTER is before the Court upon Defendant's Motion to Refer Case to the Bankruptcy Court (ECF No. 2). The time for filing a response has expired.

Having reviewed the motion and exhibits, the Court finds that the above-captioned matter is related to a bankruptcy matter and is properly within the jurisdiction of the bankruptcy court.

Accordingly, it is now hereby **ORDERED**:

1.    Defendant's Motion to Refer Case to the Bankruptcy Court (ECF No. 2) is **GRANTED**.

2.    The above-captioned matter is **REFERRED** to the Bankruptcy Court for the District of the Virgin Islands as an adversary proceeding under the lead case number 12-bk-30011-MFW (In re Tramcon, Inc.).

*ILP+ McChain Miller Nissman v. Independence Bank*
1:13-cv-00053
Order
Page 2

ENTER:

Dated: July 1, 2013            /s/ George W. Cannon, Jr.
                               GEORGE W. CANNON, JR.
                               MAGISTRATE JUDGE