# THE UNITED STATES DISTRICT COURT
# FOR THE UNITED STATES VIRGIN ISLANDS
# BANKRUPTCY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAMCON, INC. | ) | Case No. 12-30011-MFW |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ILP+ MCCHAIN MILLER NISSMAN, | ) | Adv. Pro No. 3:13-ap-03001-MFW |
| | ) | |
| Plaintiff, | ) | Removed from the Superior Court |
| | ) | of the Virgin Islands, |
| v. | ) | Case No. SX-13-CV-141 |
| | ) | |
| INDEPENDENCE BANK, | ) | Referred by the District Court for the |
| | ) | Virgin Islands, |
| Defendant. | ) | Case No. 1:13-cv-00053 |
| | ) | |

## NOTICE OF FILING

Defendant, Independence Bank (the "Bank"), by and through undersigned counsel, hereby gives notice of filing the pleadings previously filed with the Superior Court and the District Court in the above-styled action.

        Respectfully submitted,

        **MARSHALL GRANT, P.L.**
        Attorneys for Independence Bank
        197 South Federal Highway, Suite 300
        Boca Raton, Florida  33432
        Telephone No. 561.672.7580
        Facsimile No. 561.672.7581
        Email:  lpecan@marshallgrant.com

        By:   /s/ Lawrence E. Pecan
              Joe M. Grant
              Adam D. Marshall
              Lawrence E. Pecan
              Admitted *pro hac vice*

--and--

/s/ Christopher A. Kroblin
Christopher Allen Kroblin, Esq.
V.I. Bar No. 966
KELLERHALS FERGUSON FLETCHER KROBLIN LLP
9100 Havensight
Port of Sale, Suite 15-16
St. Thomas, VI 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kffklaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that on this 3rd day of July, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:        /s/ Lawrence E. Pecan

## SERVICE LIST

**SERVED VIA EMAIL**

- Scot F. McChain on behalf of Plaintiff, ILP+ McChain Miller Nissman.

    Scot@McChainlaw.com,

    josiane@mcchainlaw.com,linda@mcchainlaw.com,mngecf@gmail.com