# THE UNITED STATES BANKRUPTCY COURT
## FOR THE UNITED STATES VIRGIN ISLANDS

IN RE:                              )
                                    )    Case No. 12-30011-MFW
TRAMCON, INC.,                      )
                                    )    Chapter 11
    Debtor.                       )
                                    )
_____     )
                                    )    Adv. Pro. No. 13-ap-3001-MFW
ILP+ McCHAIN MILLER NISSMAN         )
                                    )    *Re: 6*
    Plaintiff,                    )
                                    )    Removed from the Superior Court
v.                                  )    Case No.SX-13-CV-141
                                    )
INDEPENDENCE BANK,                  )
                                    )    Referred from the District Court
    Defendant.                    )    Case No. 1:13-cv-00053
_____     )

## ORDER GRANTING
## DEFENDANT, INDEPENDENCE BANK'S MOTION TO DISMISS

    Upon Independence Bank's Motion to Dismiss (the "Motion"); and the Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334; and the Court having considered the Motion, the arguments of counsel, and being

otherwise fully informed; after due deliberation thereon; and good and sufficient cause appearing

therefor,

    IT IS HEREBY ORDERED THAT:

1.    The case is dismissed ~~with prejudice,~~ *for the reasons stated on the record at the September 12, 2013, hearing.*

~~2.    Plaintiff, ILP+ McCHAIN MILLER NISSMAN, is hereby ordered to pay~~

~~appropriate fees and costs to Defendant, Independence Bank, in an amount to be determined at~~

~~the hearing set for _____.~~

Dated: ~~July~~ Sept. 13 , 2013

The Honorable Mary F. Walrath
United States Bankruptcy Judge